IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL NIEVES, <br><br> Plaintiff, <br><br> vs. <br><br> EVERBANK and EVERHOME MORTGAGE <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:14-cv-2300 <br> ) <br> ) Honorable Robert M. Dow, Jr. <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.17, EverBank (also named here as Everhome Mortgage) ("Defendants") respectfully move this Court for leave to (i) add John F. Rhoades of Dykema Gossett PLLC as its counsel of record; and (ii) withdraw the appearances of Robert J Deisinger and John Arthur Blatt of Anselmo Lindberg Oliver LLC.

In support their Motion, Defendants state as follows:

1. Defendants have requested John F. Rhoades of Dykema Gossett PLLC appear in this action and represent their interests herein.

2. Defendants request and consent to the withdrawal of Messrs. Deisinger and Blatt from this action and the substitution of Mr. Rhoades as their counsel of record.

3. In support of this Substitution, Defendants submit the attached Substitution of Attorneys and Consent (Exhibit A) executed by the above-referenced attorneys.

WHEREFORE, EverBank (also named here as Everhome Mortgage) respectfully request that the Court grant their Motion, permit the substitution of counsel, and grant such further and additional relief as this Court deems just and appropriate.

Dated:                                    Respectfully submitted,

**EverBank (also named here as Everhome Mortgage)**

By: /s/ Robert J. Deisinger
Robert J. Deisinger, ARDC No. 6286021
Anselmo Lindberg Oliver LLC
1771 W. Diehl Rd., Ste 150
Naperville, IL 60566-7228
630-453-6960; 630-428-4620 (fax)
rdeisinger@fallaw.com
*Counsel for EverBank (also named here as Everhome Mortgage)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIGUEL NIEVES,<br><br>        Plaintiff,<br><br>vs.<br><br>EVERBANK and EVERHOME MORTGAGE<br><br>        Defendants. | Case No. 1:14-cv-2300<br><br>Honorable Robert M. Dow, Jr. |

## SUBSTITUTION OF ATTORNEYS

Notice is hereby given that, subject to approval by the Court, and pursuant to Local Rule 83.17, EverBank (also named here as Everhome Mortgage) substitutes John F. Rhoades of Dykema Gossett PLLC as its counsel of record in place of Robert J Deisinger and John Arthur Blatt of Anselmo Lindberg Oliver LLC. Contact information for the new counsel is as follows:

    John F. Rhoades (ARDC # 6309999)
    DYKEMA GOSSETT PLLC
    10 S. Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    Phone: (312) 876-1700
    Fax:   (866) 577-3164

Consent :

| | |
|---|---|
| /s/ John F. Rhoades | /s/ Robert J. Deisinger |
| John F. Rhoades | Robert J. Deisinger |
| | |
| DYKEMA GOSSETT PLLC | ANSELMO LINDBERG OLIVER LLC |