IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL NIEVES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:14-cv-2300 |
| | ) ) Honorable Robert M. Dow, Jr. |
| EVERBANK and EVERHOME MORTGAGE | ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on March 23, 2016 at 9:15 a.m., I shall appear before the Honorable Judge Robert M. Dow Jr. in Courtroom 1919, in the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois, 60604 and shall then and there present to the Court: **Plaintiff's Motion for Leave to Substitute Counsel** hearing instanter.

By: /s/ Robert J. Deisinger

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I electronically filed the Notice of Motion and referenced documents with the Clerk of the Court using the CM/ECF system on March 16, 2016. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of Plaintiff's Notice and Motion.

By: /s/ Robert J. Deisinger
Attorney for Plaintiff

ANSELMO LINDBERG OLIVER, LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No. 6286021